```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

VIRGILIO GUERRERO,

                Plaintiff,        19-cv-6716 (JGK)

    - against -                ORDER

TYRONE SAMUEL, ET AL.,

                Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    This case is referred to Magistrate Judge Netburn for general pretrial matters.

**SO ORDERED.**

Dated:    New York, New York
           July 21, 2020           /s/ John G. Koeltl
                                                **John G. Koeltl
                                  United States District Judge**