**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

VIRGILIO GUERRERO,

                                    Plaintiff,                              **19-CV-06716 (JGK)(SN)**

                    -against-                                               <ins>**ORDER**</ins>

TYRONE SAMUEL, et al.,

                                    Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

**SARAH NETBURN, United States Magistrate Judge**:

        In light of the close of expert discovery on November 16, 2020, the parties are directed to

contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with

three (3) mutually convenient dates, to schedule a settlement conference if it would be

productive at this time. Due to the Court's busy calendar, settlement conferences must generally

be scheduled at least six to eight weeks in advance. The Court will likely be unable to

accommodate last-minute requests for settlement conferences, and the parties should not

anticipate that litigation deadlines will be adjourned in response to late requests for settlement

conferences.

        The parties should assume that the settlement conference will be conducted by telephone

using a platform that will allow the Court to hold confidential conversations with counsel and the

party representative(s) for each side.

**SO ORDERED.**

                                                        _____
                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:        November 17, 2020
              New York, New York