UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGILIO GUERRERO,

                                      Plaintiff,                        19-CV-06716 (ALC)(SN)

         -against-                                        **ORDER**

TYRONE SAMUEL, et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the close of fact discovery on December 8, 2020, the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

      The parties should assume that the settlement conference will be conducted by telephone using a platform that will allow the Court to hold confidential conversations with counsel and the party representative(s) for each side.

      Any pre-motion letter(s) should be addressed to the Hon. John G. Koeltl and are due by December 22, 2020.

**SO ORDERED.**

DATED:    December 14, 2020
                New York, New York

SARAH NETBURN
United States Magistrate Judge