UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGILIO GUERRERO,

                Plaintiff.

- against -

TYRONE SAMUEL, ET AL.,

                Defendants.

19-cv-6716 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The defendants are directed to submit courtesy copies of the papers filed in connection with their motion for summary judgment. See Individual Practice II.C.

SO ORDERED.

Dated:    New York, New York
            January 4, 2022

                                    John G. Koeltl
                                 United States District Judge