UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VIRGILIO GUERRERO,

           Plaintiff,          19-cv-6716 (JGK)

  - against -                   ORDER

TYRONE SAMUEL and UN MISSION OF
GRENADA,

           Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties should appear by phone for oral argument on the pending motion for summary judgment on **June 14,** at **3:00 p.m.** Dial-in: 888 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           June 9, 2022

                                              John G. Koeltl
                                        United States District Judge