UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGILIO GUERRERO,

                    Plaintiff,            19-cv-6716 (JGK)

          - against -                     ORDER

TYRONE SAMUEL and UN MISSION OF
GRENADA,

                    Defendants.

JOHN G. KOELTL, District Judge:

     For the reasons discussed during today's conference, the

defendants' motion for summary judgment is **denied.** The Clerk is

directed to close Docket No. 29.

     The parties are directed to submit a Joint Pre-Trial Order,

together with motions in limine, proposed voir dire questions,

and requests to charge, by **July 29, 2022.** Responses and

objections are due by **August 5, 2022.**

     The parties should be ready for trial on 48 hours' notice

on **September 7, 2022.**


SO ORDERED.

Dated:    New York, New York
          June 14, 2022

                                        John G. Koeltl
                                  United States District Judge