```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────────

VIRGILIO GUERRERO,

              Plaintiff,

     - against –

TYRONE SAMUEL, et al.,

              Defendants.

19-cv-6716 (JGK)

ORDER

───────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The time to submit the Joint Pre-Trial Order is extended to **September 30, 2022.** Any applications to preclude the defendant's expert's addendum or testimony in relation to said addendum is **denied**. The ready trial date is extended to **October 21, 2022,** and parties should be ready for trial within 48 hours notice from that date. The final pretrial conference will be set closer to the actual trial date. The Court will refer the case to Magistrate Judge Netburn for a settlement conference.

**SO ORDERED.**

**Dated:**    New York, New York
           August 29, 2022

                                           /s/ John G. Koeltl
                                              John G. Koeltl
                                     **United States District Judge**