UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

VIRGILIO GUERRERO,

                                   Plaintiff,                     19-CV-06716 (JGK)(SN)

           -against-                                        **ORDER**

TYRONE SAMUEL, et al.,

                                 Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        In light of the parties' letters filed at ECF Nos. 39 and 40, and the subsequent extension of trial deadlines, the parties are ORDERED to jointly contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference. At this time, the Court's first available date is October 14, 2022, at 10:00 a.m.

**SO ORDERED.**

                                                           SARAH NETBURN
                                                           United States Magistrate Judge

DATED:      August 29, 2022
                     New York, New York